IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DAVID THOMAS BLANTON, | ) | Case No. 04-14412-WSS-7 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING RELIEF FROM STAY**

This matter came before the Court on the Motion for Relief from the Automatic Stay (the "Motion") of Singer Asset Finance Company, L.L.C. ("Singer"). The Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §157 and §1334 and the Order of Reference of the District Court. This Court has the authority to enter a final order. This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2). Appearances were as noted on the record.

The Court, having reviewed the Court's file, evidence of the parties and being otherwise fully advised, and pursuant to 11 U.S.C. § 362 (d)(1), finds that cause exists and relief from the automatic stay is due to be granted; therefore, it is

Hereby ORDERED that Singer's Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362 (d)(1) against the Debtor is GRANTED.

It is further ORDERED that Singer be allowed to immediately continue the State court litigation in Mobile County, Alabama, case number CV 2004-483, and to seek all of its remedies requested in the State court litigation.

It is further ORDERED that the provisions of FRBP 4001(a)(3) are waived, and Singer may immediately enforce and implement the Order.

It is further ORDERED that this Order survives the dismissal, conversion and/or reinstatement of this bankruptcy case.

Dated: December 9, 2004

WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE