IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | * |
| | * |
| BLANTON, DAVID THOMAS | *  CASE NO. 04-14412 |
| | * |
| Debtors. | *  CHAPTER 7 |

### APPLICATION FOR ORDER APPROVING EMPLOYMENT OF ATTORNEY

Comes now DENISE LITTLETON, Trustee of the Estate of the above-named Debtor, and pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014 requests the Court to approve the employment of an attorney to represent this estate in a civil proceeding which in pending in the Circuit Court of Mobile County. In support thereof Applicant states as follows:

1. The employment by the Applicant of an attorney is necessary for the effective administration of this Estate, as there is a pending civil matter and that legal issues will arise involving the collection of property of the Estate.

2. John W. Sharbrough is duly admitted to practice in the state of Alabama and has had experience in legal matters of the character involved in this Estate, and Applicant believes him to be qualified to represent the Trustee in this proceeding.

3. Applicant wishes to employ John W. Sharbrough, to perform the following legal services: (a) to take appropriate action with respect to secured and priority creditors; (b) to investigate and take action to avoid transfers; (c) to prepare on behalf of the Applicant necessary petitions, answers, orders, reports and other papers and present to the Court whatever matters deemed necessary; (d) to investigate the accounts of the Debtor and the financial transactions related thereto; and (e) to perform all other legal services for the Applicant which may be deemed necessary.

4. To the best of Applicant's knowledge, John W. Sharbrough, represents no interest adverse to the Trustee, and his employment is necessary and in the best interest of the estate.

WHEREFORE, applicant respectfully requests that the Court enter an Order approving the employment of John W. Sharbrough as attorney for the Trustee with compensation to be approved by the Court at a future date.

Dated this 5th day of January, 2004.

/s/ Denise I Littleton
DENISE LITTLETON, Trustee

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

BLANTON, DAVID THOMAS     *    CASE NO. 04-14412

    Debtors.     *    CHAPTER 7

## VERIFIED STATEMENT OF ATTORNEY

Comes now Denise I. Littleton and pursuant to Bankruptcy Rule 2014(a) in support of the "Application for Order Approving Employment of Attorney" filed by the Trustee in the above referenced case states as follows:

1. I am an attorney admitted to practice in the State of Alabama and before this Court, and maintain an office for the practice of law at 156 St. Anthony Street, Mobile, AL 36603.

2. I am aware of no connection I have with the creditors of the Debtor other than the possibility of their being listed creditors in other bankruptcy matters I have worked on.

3. I represent the Debtor, but am aware of no other connection I may have with the Debtor or any of the other parties in interest involved in this bankruptcy proceeding.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on the 27th day of December, 2004.

JOHN W. SHARBROUGH
156 St. Anthony Street
Mobile, AL 36603-6436
(251) 423-1413