IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:  *   CASE NUMBER:

**DAVID THOMAS BLANTON**  *   **04-14412**

    Debtor.  *

## ORDER

This matter came before the Court upon Trustee's Application for Order Approving Employment of Attorney.

Therefore, it is **ORDERED, ADJUDGED AND DECREED** that application to employ John W. Sharbrough, III as attorney for Denise Littleton, Trustee of the Estate of the above named Debtor, is GRANTED.

The Court further instructs attorney that any compromise or settlement must first be approved by this Court. Additionally, any award or judgment is subject to the jurisdiction of the Court.

Dated:    February 3, 2005

*/s/ William S. Shulman*
WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE